# United States Bankruptcy Court
### District of New Jersey

In re   **Shalina J Robinson**                                        Case No.   **18-12701**

                        Debtor(s)                                     Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **June 1, 2018**, a copy of **Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Capital One Bank (USA), N.A.,**
**8020 Towers Crescent Dr,**
**Suite 5,**
**Vienna, VA 22182**

**Capital One Bank USA NA,**
**Attn: General Correspondence,**
**PO Box 30285,**
**Salt Lake City, UT 84130-0287**

**CENLAR,**
**P.O. Box 77404,**
**Ewing, NJ 08628**

**Cenlar FSB,**
**425 Phillips Blvd.,**
**Ewing, NJ 08618-1430**

**IRS, Department of the Treasury,**
**Post Office Box 145566,**
**Cincinnati, OH 45214**

**IRS, Centralized Insolvency Operation,**
**Post Office Box 7346,**
**Philadelphia, PA 19101-7346**

**KML Law Group, P.C.,**
**216 Haddon Ave.,**
**Ste. 406,**
**Westmont, NJ 08108**

**Liberty Savings Federal Credit Union,**
**666 Newark Ave,**
**Jersey City, NJ 07306**

**M&T Bank,**
**Attn: Robert Brady / Officer,**
**One M&T Plaza, Buffalo, NY 14203**

**Merrick Bank Corp,**
**P.O. Box 9201,**
**Old Bethpage, NY 11804**

**Midland Funding,**
 **2365 Northside Dr**
 **#300,**
**San Diego, CA 92108**

**Office of the US Trustee,**
**One Newark Center,**
**Suite 2100,**
**Newark, NJ 07102**

**Prince George County Child Support Office,**
**Attn: 820155793,**
**4235 28th Ave,**
**Suite 135,**
**Temple Hills, MD 20748**

**Resurgent Capital Services,**
**PO Box 10587,**
**Greenville, SC 29603-0587**

**Shalina Joy Robinson,**
**560 Parker Street,**
**Newark, NJ 07104**

**Sheriff of Essex County,**
**50 W Market St.,**
**Newark, NJ 07102**

**Superior Court - NJ - Chancery Division,**
**Essex Special Civil Part,**
**50 W Market St.,**
**Newark, NJ 07102**

**Terrance E Thorne Sr.,**
**1103 Alhambra Ave,**
**Accokeek, MD 20607**

**Trustee Marie-Ann Greenberg,**
**Chapter 13 Standing Trustee,**
**30 Two Bridges Rd,**
**Suite 330,**
**Fairfield, NJ 07004**

**U.S. Department of Education,**
**400 Maryland Avenue, SW,**
**Washington, DC 20202**

**United States of America,**
**c/o U.S. Attorney,**
**970 Broad Street,**
**Newark, NJ 07102**

**US Dept of Education,**
**c/o FedLoan Servicing,**
**P.O. Box 69184,**
**Harrisburg, PA 17106-9184**

**/s/ David S Waltzer**
**David S Waltzer**
**Law Offices of David S Waltzer**
**One Central Ave**
**Suite 307**
**Tarrytown, NY 10591**
**914-287-0880Fax:914-287-0881**
**waltzer@waltzerlawgroup.com**