# United States Bankruptcy Court
**District of New Jersey**

In re   **Shalina J Robinson**                                       Case No.   **18-12701**

Debtor(s)                                                            Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **June 7, 2018**, a copy of **Amended Schedules** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Office of the US Trustee**
**One Newark Center**
**Suite 2100**
**Newark, NJ 07102**

**Shalina Joy Robinson**
**560 Parker Street**
**Newark, NJ 07104**

**Trustee Marie-Ann Greenberg**
**Chapter 13 Standing Trustee**
**30 Two Bridges Rd**
**Suite 330**
**Fairfield, NJ 07004**

                                                        **/s/ David S Waltzer**
                                                        **David S Waltzer**
                                                        **Law Offices of David S Waltzer**
                                                        **One Central Ave**
                                                        **Suite 307**
                                                        **Tarrytown, NY 10591**
                                                        **914-287-0880Fax:914-287-0881**
                                                        **waltzer@waltzerlawgroup.com**