# United States Bankruptcy Court
**District of New Jersey**

In re  **Shalina J Robinson**                                       Case No.  **18-12701**

                              Debtor(s)                                     Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **June 7, 2018**, a copy of **Second Modified Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Capital One Bank (USA), N.A.**
**8020 Towers Crescent Dr**
**Suite 5**
**Vienna, VA 22182**

**Capital One Bank USA NA**
**Attn: General Correspondence**
**PO Box 30285**
**Salt Lake City, UT 84130-0287**

**CENLAR**
**P.O. Box 77404**
**Ewing, NJ 08628**

**Cenlar FSB**
**425 Phillips Blvd.**
**Ewing, NJ 08618-1430**

**Internal Revenue Service**
**Department of the Treasury**
**Post Office Box 145566**
**Cincinnati, OH 45214**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

**KML Law Group, P.C.**
**216 Haddon Ave.**
**Ste. 406**
**Westmont, NJ 08108**

**Liberty Savings Federal Credit Union**
**666 Newark Ave**
**Jersey City, NJ 07306**

**M&T Bank**
**Attn: Robert Brady / Officer**
**One M&T Plaza**
**Buffalo, NY 14203**

**Merrick Bank Corp**
**P.O. Box 9201**
**Old Bethpage, NY 11804**

**Midland Funding**
**2365 Northside Dr**
**#300**
**San Diego, CA 92108**

**Office of the US Trustee**
**One Newark Center**
**Suite 2100**
**Newark, NJ 07102**

**Prince George County Child Support Office**
**Attn: 820155793**
**4235 28th Ave**
**Suite 135**
**Temple Hills, MD 20748**

**Resurgent Capital Services**
**PO Box 10587**
**Greenville, SC 29603-0587**

**Shalina Joy Robinson**
**560 Parker Street**
**Newark, NJ 07104**

**Sheriff of Essex County**
**50 W Market St.**
**Newark, NJ 07102**

**Superior Court - NJ - Chancery Division**
**Essex Special Civil Part**
**50 W Market St.**
**Newark, NJ 07102**

**Terrance E Thorne Sr.**
**1103 Alhambra Ave**
**Accokeek, MD 20607**

**Trustee Marie-Ann Greenberg**
**Chapter 13 Standing Trustee**
**30 Two Bridges Rd**
**Suite 330**
**Fairfield, NJ 07004**

**U.S. Department of Education**
**400 Maryland Avenue, SW,**
**Washington, DC 20202**

**United States of America**
**c/o U.S. Attorney**
**970 Broad Street**
**Newark, NJ 07102**

**US Dept of Education**
**c/o FedLoan Servicing**
**P.O. Box 69184**
**Harrisburg, PA 17106-9184**

    **/s/ David S Waltzer**
**David S Waltzer**
**Law Offices of David S Waltzer**
**One Central Ave**
**Suite 307**
**Tarrytown, NY 10591**
**914-287-0880Fax:914-287-0881**
**waltzer@waltzerlawgroup.com**