**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)
McKENNA, DuPONT, HIGGINS & STONE
Michael R. DuPont, Esquire (MRD/2077)
PO Box 610
229 Broad Street
Red Bank, NJ 07701-0610
732.741.6681
Counsel for Liberty Savings Federal Credit Union

In Re:

Shalina J. Robinson

Case No. 18-12701

Chapter: 13

Judge: JKS

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Liberty Savings Federal Credit Union. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

McKENNA, DuPONT, HIGGINS & STONE
Attention: Michael R. DuPont, Esquire
PO Box 610
229 Broad Street
Red Bank, NJ 07701-0610
Email: dupont@redbanklaw.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐ All documents and pleadings of any nature.

McKENNA, DuPONT, HIGGINS & STONE, PC
Counsel to Liberty Savings Federal Credit Union

***/s/ Michael R. DuPont, Esquire***
MICHAEL R. DuPONT, Esq.

Dated: June 9, 2018

*new.8/1/15*