Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−12701−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shalina J Robinson
   aka Shalina Joy Robinson
   560 Parker St.
   Newark, NJ 07104

Social Security No.:
   xxx−xx−6014

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/12/18 and a confirmation hearing on such Plan has been scheduled for 4/5/18 @ 10:00 a.m..

The debtor filed a Modified Plan on 6/6/18 and a confirmation hearing on the Modified Plan is scheduled for 7/19/18 @ 10:00 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: June 8, 2018
JAN: smz

                                                Jeanne Naughton
                                                Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                      Case No. 18-12701-VFP
Shalina J Robinson                                          Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Jun 08, 2018
                              Form ID: 186             Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
db             +Shalina J Robinson,    560 Parker St.,    Newark, NJ 07104-1512
517328212      +CENLAR,    P.O. Box 77404,    Ewing, NJ 08628-6404
517566667      +Capital One Bank (USA), N.A.,    8020 Towers Crescent Dr,    Suite 5,    Vienna, VA 22182-6202
517566668       Cenlar FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
517328213       FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
517328215      +KML Law Group, P.C.,    216 Haddon Ave., Ste. 406,    Westmont, NJ 08108-2812
517328216      +Liberty Savings Federal Credit Union,    666 Newark Ave,    Jersey City, NJ 07306-2398
517328217       M&T Bank,    Attn: Robert Brady / Officer,    One M&T Plaza,    Buffalo, NY 14203
517471887      +Manufacturers and Traders Trust Company, et al,    c/o Cenlar FSB,    425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517343858       Nissan - Infiniti LT,    POB 660366,    Dallas, TX 75266-0366
517328219      +Nissan Motor Acceptance Corp,    Attn: Bankruptcy Dept.,    P.O. Box 660360,
                 Dallas, TX 75266-0360
517328220      +Sheriff of Essex County,    50 W Market St.,    Newark, NJ 07102-1607
517328221      +Superior Court - NJ - Chancery Division,    Essex Special Civil Part,    50 W Market St.,
                 Newark, NJ 07102-1607
517566673      +Terrance E Thorne Sr.,    1103 Alhambra Ave,    Accokeek, MD 20607-3015
517450272       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg PA 17106-9184
517566674      +U.S. Department of Education,    400 Maryland Avenue, SW,    Washington, DC 20202-0008
517566675       US Dept of Education c/o FedLoan Serv.,    P.O. Box 69184,    Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 08 2018 23:29:14      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 08 2018 23:29:10      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517328211      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 08 2018 23:35:30
                 Capital One Bank USA NA,    Attn: General Correspondence,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517566669       E-mail/Text: cio.bncmail@irs.gov Jun 08 2018 23:28:44      IRS Centralized Insolvency Ops.,
                 Post Office Box 7346,    Philadelphia, PA 19101-7346
517461827       E-mail/Text: bkr@cardworks.com Jun 08 2018 23:28:19      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517328218      +E-mail/Text: bkr@cardworks.com Jun 08 2018 23:28:19      Merrick Bank Corp,    P.O. Box 9201,
                 Old Bethpage, NY 11804-9001
517566670      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 08 2018 23:29:09      Midland Funding,
                 2365 Northside Dr #300,    San Diego, CA 92108-2709
517411646      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 08 2018 23:29:09      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517566671      +E-mail/Text: Glenna.Barner@maryland.gov Jun 08 2018 23:30:09
                 Prince George County Child Support Office,    Attn: 820155793,    4235 28th Ave,    Suite 135,
                 Temple Hills, MD 20748-1718
517566672       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 08 2018 23:35:38
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517328222      +E-mail/Text: usanj.njbankr@usdoj.gov Jun 08 2018 23:29:14      United States of America,
                 c/o U.S. Attorney,    970 Broad Street,    Newark, NJ 07102-2527
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517328214*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Department of the Treasury,
                 Post Office Box 145566,    Cincinnati, OH 45214)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 08, 2018
                              Form ID: 186             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
              David S Waltzer    on behalf of Debtor Shalina J Robinson waltzer@waltzerlawgroup.com,
               Jackie@waltzerlawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   Manufacturers and Traders Trust Company, a/k/a M&T
               Bank, successor by merger with Hudson City Savings Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```