# United States Bankruptcy Court
### District of New Jersey

In re  **Shalina J Robinson**                                                                                          Case No.  **18-12701**

Debtor(s)                                                                                               Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 16, 2018**, a copy of **Amended Schedules** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Capital One Bank (USA), N.A.**
8020 Towers Crescent Dr
Suite 5, Vienna, VA 22182

**Capital One Bank USA NA**
Attn: General Correspondence
PO Box 30285
Salt Lake City, UT 84130-0287

**CENLAR**
P.O. Box 77404
Ewing, NJ 08628

**Cenlar FSB**
425 Phillips Blvd.
Ewing, NJ 08618-1430

**Internal Revenue Service**
Department of the Treasury
Post Office Box 145566
Cincinnati, OH 45214

**Internal Revenue Service**
Centralized Insolvency Operati
Post Office Box 7346
Philadelphia, PA 19101-7346

**KML Law Group, P.C.**
216 Haddon Ave.
Ste. 406
Westmont, NJ 08108

**M&T Bank**
Attn: Robert Brady / Officer
One M&T Plaza
Buffalo, NY 14203

**Merrick Bank Corp**
P.O. Box 9201

Old Bethpage, NY 11804

Midland Funding
2365 Northside Dr #300
San Diego, CA 92108

Office of the US Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Prince George County Child Support Offic
Attn: 820155793
4235 28th Ave
Suite 135
Temple Hills, MD 20748

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Sheriff of Essex County
50 W Market St.
Newark, NJ 07102

Superior Court - NJ - Chancery Division
Essex Special Civil Part
50 W Market St.
Newark, NJ 07102

Terrance E Thorne Sr.
1103 Alhambra Ave
Accokeek, MD 20607

Trustee Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004

U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

United States of America
c/o U.S. Attorney
970 Broad Street
Newark, NJ 07102

**US Dept of Education**
**c/o FedLoan Servicing**
**P.O. Box 69184**
**Harrisburg, PA 17106-9184**

/s/ David S Waltzer
**David S Waltzer**
**Law Offices of David S Waltzer**
**One Central Ave**
**Suite 307**
**Tarrytown, NY 10591**
**914-287-0880Fax:914-287-0881**
**waltzer@waltzerlawgroup.com**