DAVID S WALTZER
LAW OFFICES OF DAVID S. WALTZER, PC
1 CENTRAL AVENUE
SUITE 307
TARRYTOWN, NY 10591

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 18-12701

Re:   SHALINA J ROBINSON                              Atty:   DAVID S WALTZER
      560 PARKER ST.                                          LAW OFFICES OF DAVID S. WALTZER, PC
      NEWARK, NJ 07104                                        1 CENTRAL AVENUE
                                                              SUITE 307
                                                              TARRYTOWN, NY 10591

## RECEIPTS AS OF 12/31/2018   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/23/2018 | $1,492.00 | 4688730000 - | 03/30/2018 | $1,492.00 | 4789806000 |
| 05/02/2018 | $1,492.00 | 4880235000 | 06/04/2018 | $1,649.00 | 4959335000 |
| 06/29/2018 | $1,621.00 | 5028292000 | 08/01/2018 | $1,635.00 | 5110381000 |
| 09/04/2018 | $1,547.00 | 5205835000 | 10/01/2018 | $1,547.00 | 5275153000 |
| 11/02/2018 | $1,547.00 | 5359565000 | 12/03/2018 | $1,547.00 | 5431986000 |

**Total Receipts: $15,569.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $15,569.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CENLAR FSB | | | | | | |
| | 09/17/2018 | $4,403.86 | 809,861 | 10/22/2018 | $1,500.59 | 811,787 |
| | 11/19/2018 | $1,458.82 | 813,746 | 12/17/2018 | $1,458.82 | 815,636 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 09/17/2018 | $2,994.88 | 8,000,724 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 881.39 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | MIDLAND FUNDING LLC | UNSECURED | 5,236.70 | 0.00% | 0.00 | 0.00 |
| 0003 | FEDLOAN SERVICING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | LIBERTY SAVINGS FEDERAL CREDIT UNI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | CENLAR FSB | MORTGAGE ARRE | 61,075.61 | 100.00% | 10,280.91 | 50,794.70 |
| 0008 | MERRICK BANK CORP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | NISSAN-INFINITI LT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | UNITED STATES TREASURY/IRS | PRIORITY | 2,994.88 | 100.00% | 2,994.88 | 0.00 |
| 0011 | UNITED STATES TREASURY/IRS | UNSECURED | 0.02 | 0.00% | 0.00 | 0.00 |
| 0012 | MIDLAND FUNDING LLC | UNSECURED | 1,324.38 | 0.00% | 0.00 | 0.00 |
| 0013 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | MERRICK BANK | UNSECURED | 1,876.88 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 18-12701**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0015 | CAPITAL ONE BANK USA NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | TERRANCE E THORNE SR | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | MARYLAND DEPARTMENT OF HUMAN SE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | PRINCE GEORGE COUNTY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $15,657.18**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2019.

Receipts: $15,569.00   -   Paid to Claims: $13,275.79   -   Admin Costs Paid: $2,381.39   =   Funds on Hand: $1,458.82

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.