DAVID S WALTZER
LAW OFFICES OF DAVID S. WALTZER, PC
1 CENTRAL AVENUE
SUITE 307
TARRYTOWN, NY  10591

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
### Chapter 13 Case # 18-12701

| Re: | SHALINA J ROBINSON<br>560 PARKER ST.<br>NEWARK, NJ 07104 | Atty: | DAVID S WALTZER<br>LAW OFFICES OF DAVID S. WALTZER, PC<br>1 CENTRAL AVENUE<br>SUITE 307<br>TARRYTOWN, NY  10591 |
|---|---|---|---|

## RECEIPTS AS OF 01/15/2020  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/23/2018 | $1,492.00 | 4688730000 - | 03/30/2018 | $1,492.00 | 4789806000 |
| 05/02/2018 | $1,492.00 | 4880235000 | 06/04/2018 | $1,649.00 | 4959335000 |
| 06/29/2018 | $1,621.00 | 5028292000 | 08/01/2018 | $1,635.00 | 5110381000 |
| 09/04/2018 | $1,547.00 | 5205835000 | 10/01/2018 | $1,547.00 | 5275153000 |
| 11/02/2018 | $1,547.00 | 5359565000 | 12/03/2018 | $1,547.00 | 5431986000 |
| 01/03/2019 | $1,547.00 | 5509321000 | 02/04/2019 | $1,547.00 | 5594812000 |
| 03/04/2019 | $1,547.00 | 5676659000 | 04/08/2019 | $1,547.00 | 5764313000 |
| 05/10/2019 | $1,547.00 | 5852224000 | 06/06/2019 | $1,547.00 | 5921021000 |
| 07/17/2019 | $1,547.00 | 6022450000 | 08/19/2019 | $1,547.00 | 6101403000 |
| 09/19/2019 | $1,547.00 | 6187429000 | 10/25/2019 | $1,547.00 | 6275847000 |
| 12/18/2019 | $1,547.00 | 6414313000 | | | |

**Total Receipts: $32,586.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $32,586.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020  (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CENLAR FSB | | | | | | |
| | 09/17/2018 | $4,403.86 | 809,861 | 10/22/2018 | $1,500.59 | 811,787 |
| | 11/19/2018 | $1,458.82 | 813,746 | 12/17/2018 | $1,458.82 | 815,636 |
| | 01/14/2019 | $1,458.82 | 817,558 | 02/11/2019 | $1,458.82 | 819,456 |
| | 03/18/2019 | $1,458.82 | 821,426 | 04/15/2019 | $1,458.82 | 823,448 |
| | 05/20/2019 | $1,458.82 | 825,426 | 06/17/2019 | $1,485.12 | 827,456 |
| | 07/15/2019 | $1,485.12 | 829,305 | 08/19/2019 | $1,485.12 | 831,268 |
| | 10/21/2019 | $3,008.92 | 835,309 | 12/16/2019 | $1,466.56 | 839,340 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 09/17/2018 | $2,994.88 | 8,000,724 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,577.53 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,500.00 | 100.00% | 1,500.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 18-12701**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0002 | MIDLAND FUNDING LLC | UNSECURED | 5,236.70 | 0.00% | 0.00 | 0.00 |
| 0003 | FEDLOAN SERVICING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | LIBERTY SAVINGS FEDERAL CREDIT UNI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | CENLAR FSB | MORTGAGE ARRE | 61,075.61 | 100.00% | 25,047.03 | 36,028.58 |
| 0008 | MERRICK BANK CORP | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0009 | NISSAN-INFINITI LT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | UNITED STATES TREASURY/IRS | PRIORITY | 2,994.88 | 100.00% | 2,994.88 | 0.00 |
| 0011 | UNITED STATES TREASURY/IRS | UNSECURED | 0.02 | 0.00% | 0.00 | 0.00 |
| 0012 | MIDLAND FUNDING LLC | UNSECURED | 1,324.38 | 0.00% | 0.00 | 0.00 |
| 0013 | US DEPARTMENT OF EDUCATION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | MERRICK BANK | UNSECURED | 1,876.88 | 0.00% | 0.00 | 0.00 |
| 0015 | CAPITAL ONE BANK USA NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | TERRANCE E THORNE SR | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | MARYLAND DEPARTMENT OF HUMAN SI | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | PRINCE GEORGE COUNTY | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $31,119.44**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $32,586.00    -    Paid to Claims: $28,041.91    -    Admin Costs Paid: $3,077.53    =    Funds on Hand: $1,466.56

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.