| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>SHALINA J ROBINSON | Case No.: 18-12701<br><br>Adv. No.:<br><br>Hearing Date:  08/20/2020<br><br>Judge:  VFP |

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 07/27/2020, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
SHALINA J ROBINSON
560 PARKER ST.
NEWARK, NJ  07104
Mode of Service:  Regular Mail

Attorney for Debtor(s):
DAVID S WALTZER
LAW OFFICES OF DAVID S. WALTZER, PC
1 CENTRAL AVENUE
SUITE 307
TARRYTOWN, NY  10591
Mode of Service:  Regular Mail

Dated:  July 27, 2020

By:  /S/  Jackie Michaels
     Jackie Michaels