Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−12701−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shalina J Robinson
   aka Shalina Joy Robinson
   560 Parker St.
   Newark, NJ 07104

Social Security No.:
   xxx−xx−6014

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/23/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 23, 2020
JAN: mcp

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 18-12701-VFP
Shalina J Robinson                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Sep 23, 2020
                              Form ID: 148             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2020.
db             +Shalina J Robinson,    560 Parker St.,   Newark, NJ 07104-1512
cr             +Liberty Savings Federal Credit Union,   McKenna DuPont Higgins & Stone,    229 Broad Street,
                 P.O. Box 610,    Red Bank, NJ 07701-0610
517328212      +CENLAR,    P.O. Box 77404,    Ewing, NJ 08628-6404
517566667      +Capital One Bank (USA), N.A.,    8020 Towers Crescent Dr,   Suite 5,   Vienna, VA 22182-6202
517566668       Cenlar FSB,    425 Phillips Blvd.,   Ewing, NJ 08618-1430
517328213       FedLoan Servicing,    P.O. Box 69184,   Harrisburg, PA 17106-9184
517328215      #+KML Law Group, P.C.,    216 Haddon Ave., Ste. 406,   Westmont, NJ 08108-2812
517728761      +Law Offices of David S Waltzer,    One Central Ave.,   Suite 307,   Tarrytown, NY 10591-3301
517328216      +Liberty Savings Federal Credit Union,   666 Newark Ave.,   Jersey City, NJ 07306-2398
517328217      +M&T Bank,    Attn: Robert Brady / Officer,   One M&T Plaza,   Buffalo, NY 14203
517471887      +Manufacturers and Traders Trust Company, et al,    c/o Cenlar FSB,   425 Phillips Blvd,
                 Ewing, NJ 08618-1430
517343858       Nissan - Infiniti LT,    POB 660366,   Dallas, TX 75266-0366
517328219      +Nissan Motor Acceptance Corp,    Attn: Bankruptcy Dept.,    P.O. Box 660360,
                 Dallas, TX 75266-0360
517328220      +Sheriff of Essex County,    50 W Market St.,   Newark, NJ 07102-1607
517328221      +Superior Court - NJ - Chancery Division,   Essex Special Civil Part,    50 W Market St.,
                 Newark, NJ 07102-1606
517566673      +Terrance E Thorne Sr.,    1103 Alhambra Ave,   Accokeek, MD 20607-3015
517450272       U.S. Department of Education,    C/O FedLoan Servicing,   P.O. Box 69184,
                 Harrisburg PA 17106-9184
517566674      +U.S. Department of Education,   400 Maryland Avenue, SW,   Washington, DC 20202-0008
517566675       US Dept of Education c/o FedLoan Serv.,    P.O. Box 69184,   Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 24 2020 00:44:13      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 24 2020 00:44:11      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517328211      +EDI: CAPITALONE.COM Sep 24 2020 03:58:00      Capital One Bank USA NA,
                 Attn: General Correspondence,   PO Box 30285,   Salt Lake City, UT 84130-0285
517566669       EDI: IRS.COM Sep 24 2020 03:58:00      IRS Centralized Insolvency Ops.,   Post Office Box 7346,
                 Philadelphia, PA 19101-7346
517461827       E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 24 2020 00:48:31      MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517328218      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 24 2020 00:47:59      Merrick Bank Corp,
                 P.O. Box 9201,   Old Bethpage, NY 11804-9001
517566670      +EDI: MID8.COM Sep 24 2020 03:58:00      Midland Funding,   2365 Northside Dr #300,
                 San Diego, CA 92108-2709
517411646      +EDI: MID8.COM Sep 24 2020 03:58:00      Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
517566671      +E-mail/Text: Glenna.Barner@maryland.gov Sep 24 2020 00:44:36
                 Prince George County Child Support Office,    Attn: 820155793,   4235 28th Ave,   Suite 135,
                 Temple Hills, MD 20748-1718
517566672       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 24 2020 00:48:16
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517328222      +E-mail/Text: usanj.njbankr@usdoj.gov Sep 24 2020 00:44:13      United States of America,
                 c/o U.S. Attorney,   970 Broad Street,   Newark, NJ 07102-2527
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517328214*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,   Department of the Treasury,
                  Post Office Box 145566,   Cincinnati, OH 45214)
                                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Sep 23, 2020
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
          David S Waltzer    on behalf of Debtor Shalina J Robinson waltzer@waltzerlawgroup.com,
           jackie@waltzerlawgroup.com;waltzerdr93827@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Manufacturers and Traders Trust Company, a/k/a M&T
           Bank, successor by merger with Hudson City Savings Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg     magecf@magtrustee.com
          Michael R. DuPont    on behalf of Creditor    Liberty Savings Federal Credit Union
           dupont@redbanklaw.com,    dana@redbanklaw.com
          Rebecca Ann Solarz    on behalf of Creditor    Manufacturers and Traders Trust Company, a/k/a M&T
           Bank, successor by merger with Hudson City Savings Bank rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```